**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LUIS E. RODRIGUEZ,** ) | |
| ) | |
| Petitioner, ) | No. CV 11-6430-RGK(AJW) |
| vs. ) | |
| ) | MEMORANDUM AND ORDER DISMISSING |
| ) | PETITION WITHOUT PREJUDICE |
| **RAUL LOPEZ,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

    On August 5, 2011, petitioner filed this petition challenging his 2006 conviction of lewd acts upon a minor. [Petition at 1-2]. This petition challenges the same conviction and presents allegations similar to those made in a separate habeas petition filed on June 28, 2011 in Case No. CV 11-5367-RGK(AJW)].[1] Because there is currently another petition pending involving the same petitioner and same subject, the interests of judicial economy and justice are best advanced by requiring that petitioner pursue his claims in a single proceeding. Accordingly, this duplicative case is dismissed without

---

[1] The Court takes judicial notice of the relevant official court files. See Fed. R. Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001); Mack v. South Bay Beer Distributers Inc., 798 F.2d 1279, 1282 (9th Cir. 1986).

1 prejudice. Finally, if petitioner intended the numerous exhibits
2 filed in this case to be considered as lodged documents in Case No.
3 CV 11-5367-RGK(AJW), he must file and serve a request that the Court
4 so consider them. Any such request must be filed and served in Case
5 No. CV 11-5367-RGK(AJW).
6 **IT IS SO ORDERED.**

10 Dated: August 24, 2011

_____
R. Gary Klausner
United States District Judge