**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **LUIS E. RODRIGUEZ,** | ) | |
| | ) | |
| Petitioner, | ) | No. CV 11-6430-RGK (AJW) |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| **RAUL LOPEZ,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: August 24, 2011

_____
R. Gary Klausner
United States District Judge